**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALMA BENITEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Norgle, Sr. |
| | ) | |
| v. | ) | No. 16 cv 9847 |
| | ) | |
| EUGENE ROY, et. al., | ) | Magistrate Judge Finnegan |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' JOINT *UNOPPOSED* MOTION TO STAY THE PROCEEDINGS

NOW COMES , the Defendants, James Anderson, Paul Bar, Michael Bell, Andrew Burns, Jr., Tracy Byerly, William Davis, Robert Graves, Anthony Lopez, Peter Maderer, Alvin Moore, Dolores Myles, Steve Soria, Mario Vega, Kelvin Williams, Salvador Esparza, Frank Casale, Roberto Garcia, Anthony Glaviano, Richard Hagen, John Halloran, David Hickey, William Johnson, Gregory Jones, Jeffrey Malik, Audie Manaois, David McNaughton, John Murray, Michael Nestad, Robert Ranzzoni, Terence Teahan, Lisa Torres, Victor Wathen, and Michael Jackson, by and through one of their attorneys, Allison L. Romelfanger, Assistant Corporation Counsel, and Defendants, Eugene Roy, Osvaldo Valdez, Daniel Gallagher and Anthony Wojcik, by and through one of their attorneys, Matthew Hurd, Deputy Corporation Counsel, and Defendants David March, Thomas Curran, Peter Torres and Beth Svec, by and through one of their attorneys, James P. McKay, Jr. (hereinafter, the "Defendants"), and jointly moves this Honorable Court to stay the proceedings in this case pending the resolution of the criminal case *People v. Jason Van Dyke*, 15 CR 20622. In support thereof, Defendants state as follows:

1. Plaintiff's initial Complaint was filed on October 19, 2016, against twenty-seven known and various unknown Chicago Police Officers (Dkt. No. 1). Plaintiff then filed an Amended Complaint on October 20, 2016 against forty-one known Chicago Police Officers (Dkt. No. 4).

2. Plaintiff brings claims under 42 U.S.C. Section 1983 for her unreasonable seizure for being a witness in the Laquan McDonald shooting involving Chicago Police Officer Jason Van Dyke. (Dkt. No. 4).

3. Plaintiff's claims, as well as the allegations used to support them, and Defendants' defenses, and the allegations used to support them, arise out of the events surrounding the Laquan McDonald shooting involving Chicago Police Officer Jason Van Dyke.

4. *People v. Jason Van Dyke*, 15 CR 20622 is currently pending in the criminal division of the Circuit Court of Cook County, Illinois. This is a criminal case against Chicago Police Officer Jason Van Dyke arising out of the Laquan McDonald shooting.

5. In the aforementioned criminal case, a Decorum Order issued by Judge Vincent M. Gaughan, prohibits any and all attorneys, law enforcement employees, and potential witnesses involved in the criminal case from making public statements or disclosures regarding the case. (*See Decorum Order* attached hereto as Exhibit A, hereinafter "Decorum Order.")

6. Specifically, the Order prohibits law enforcement employees from releasing or authorizing the release "for public dissemination any purported extrajudicial statement of either the defendant or witnesses relating to this case . . ." or "release or authorized the release of any of any documents, exhibits, photographs, or any evidence . . ." Exhibit A, p. 1.

7. Defendants believe that the Decorum Order prohibits Defendants from answering the complaint in any fashion, as well as prohibits the parties from exchanging information in the course of discovery, which, in effect, prevents this case from moving forward.

8. The Court has an "inherent power to stay civil proceedings . . . when the interests of justice so dictate. *In re Anicom, Inc., Securities Litigation*, 2002 WL 31496212 (N.D. Ill., Nov. 8, 2002)(*citing Landis, et. al v. North American, Co.*, 299 U.S. 248, 254-55, 57 S.Ct. 163 (2002); *Cruz v. County of Dupage*, 1997 WL 370194 (N.D. Ill., June 27, 1997)). A stay is appropriate in order to avoid substantial and irreparable prejudice. *Chagolla v. City of Chicago*, et. al., 529 F. Supp.2d 941, 945 (N.D. Ill. 2008). Determining whether a stay is appropriate requires the Court to weigh the interests of the plaintiff, defendants, and the public at large. *Id.*

9. The interests of justice clearly dictate the stay of this proceeding. Defendants cannot answer the complaint without violating the Decorum Order, and the parties cannot engage in discovery, without violating the Decorum Order. The parties will have to engage in extensive motion practice to continue dates well into the future until the resolution of *People v. Jason Van Dyke*, or until the Decorum Order is lifted. Accordingly, the Court should stay Plaintiff's § 1983 lawsuit against Defendants until the resolution of *People v. Jason Van Dyke*, 15 CR 20622, or until the Decorum Order is otherwise lifted, whichever comes first.

10. Defendants agree that the entry of an order staying the proceedings does not prohibit any party from bringing a motion to lift or modify the stay in the future. Furthermore, no party is agreeing to waive or has waived any objection relating to the Decorum Order or its applicability to this case, nor any basis to lift or modify any stay in the future.

11. One of the attorneys for the Defendants contacted counsel for Plaintiff on February 21, 2017, who stated that Plaintiff does not oppose the relief sought in this motion at this time.

**WHEREFORE**, Defendants respectfully request the Court stay this present case until the conclusion of *People v. Jason Van Dyke*, or the Decorum Order is lifted, whichever comes first, including staying the requirement Defendants answer or otherwise respond to Plaintiff's Complaint.

Date:   February 23, 2017                                    Respectfully Submitted,

*/s/ Allison L. Romelfanger*
Allison L. Romelfanger
Assistant Corporation Counsel
City of Chicago, Dept. of Law
30 N. LaSalle, Suite 900
Chicago, Illinois 60602
Tel: 312-744-5890
Fax: 312-744-6566
Attorney No. 6310033

*/s/ Matthew Hurd*
Matthew Hurd
Deputy Corporation Counsel
City of Chicago, Dept. of Law
30 N. LaSalle, Suite 900
Chicago, Illinois 60602
Tel: 312-744-5170
Fax: 312-744-6566
Attorney No. 6191532

*/s/ James P. McKay, Jr.*
James. P. McKay, Jr.
111 W. Washington St., Suite 1025
Chicago, Illinois 60602
Tel: 312-835-8052
Attorney No. 6187739

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I, an attorney, have served the attached document by causing it to be delivered by the Northern District of Illinois ECF system to all counsel of record this 23rd day of February 2017.


*/s/ Allison L. Romelfanger*
Allison L. Romelfanger