UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Alma Benitez
                    Plaintiff,

v.                                                  Case No.: 1:16–cv–09847
                                                  Honorable Charles R. Norgle Sr.

Eugene Roy, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 1, 2017:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Defendants' Joint Unopposed Motion to Stay the Proceedings [28] is granted. The case is stayed until further order of court. The parties are not required to appear before the court on Friday, March 3, 2017. Mailed notice. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.