<a>
</a>



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Alma Benitez, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2016 C 9847 |
| v. | ) | |
| | ) | |
| Eugene Roy, et. al. | ) | Honorable Judge Norgle |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS

This matter coming before the Court on the Stipulation of the parties (ECF No. 46), it is hereby ordered that Defendants, Robert Graves, Kelvin Williams, Steve Soria, James Anderson, Peter Maderer, Michael Bell, Mario Vega, Alvin Moore, Andrew Burns, Jr., Tracy Byerly and Anthony Lopez, are dismissed from this cause with prejudice. Each side shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated this １０ day of March, 2020            ENTER: _____
                                                                           Honorable Judge Charles Norgle
                                                                           U.S. District Court Judge
                                                                           Northern District of Illinois